JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
HEATHER S. PATRICCO, DISTRICT OF COLUMBIA BAR NO. 465883
ASSISTANT UNITED STATES ATTORNEY
ERIN C. BLACKADAR, IDAHO STATE BAR NO. 8996
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

U.S. COURTS

AUG 0 8 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY SCOTT VAIL,<br><br>Defendant. | Case No. 1:23cr217 BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 924(d)(1)<br>18 U.S.C. § 1366(a)<br>28 U.S.C. 2461(c) |

The Grand Jury charges:

### COUNT ONE

**Destruction of an Energy Facility**
**18 U.S.C. § 1366(a)**

On or about June 8, 2023, in the Districts of Idaho and Oregon, the Defendant, RANDY SCOTT VAIL, did knowingly and willfully damage and attempt to damage the property of an energy facility involved in the transmission and distribution of electricity, in an amount exceeding $100,000 and to cause a significant interruption and impairment of a function of an

INDICTMENT - 1

energy facility, to wit: by shooting the Hells Canyon Dam hydroelectric power station with a firearm, in violation of Title 18 U.S.C. § 1366(a).

## COUNT TWO

### Destruction of an Energy Facility
### 18 U.S.C. § 1366(a)

On or about June 9, 2023, in the District of Idaho, the Defendant, RANDY SCOTT VAIL, did knowingly and willfully damage and attempt to damage the property of an energy facility involved in the transmission and distribution of electricity, in an amount exceeding $100,000 and to cause a significant interruption and impairment of a function of an energy facility, to wit: by shooting the Brownlee Dam hydroelectric power station with a firearm, in violation of Title 18 U.S.C. § 1366(a).

## CRIMINAL FORFEITURE ALLEGATION(S)

### 18 U.S.C. § 924(d)(1) and 28 U.S.C. 2461(c)

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant, RANDY SCOTT VAIL, shall forfeit to the United States, any firearms, ammunition, and motorcycle involved in or used in the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

    a. One Strum Ruger & Co. Mini-14 Rifle bearing serial number 18687448;

    b. Black Rifle bearing serial number 99037.

    c. .303 caliber ammunition

    d. .223 caliber ammunition

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will see forfeiture of substitute assets, "or any other property of the defendant" up to

**INDICTMENT - 2**

the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeiting for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 8th day of August 2023.

A TRUE BILL

/s/ *[signature on reverse]*

FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

HEATHER S. PATRICCO
ASSISTANT UNITED STATES ATTORNEY

ERIN C. BLACKADAR
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 3**