# CRIMINAL COVERSHEET

| DEFENDANT'S NAME: **Randy Scott Vail** | CASE INFORMATION: |
|---|---|
| JUVENILE: No <br> PUBLIC or SEALED  Public <br> SERVICE TYPE: Warrant <br> (Summons/ Warrant/ Notice) <br> ISSUE: Yes <br> INTERPRETER: No <br> If YES, language: | RELATED COMPLAINT: No <br> CASE NUMBER: 1:23cr217BLW <br><br> County of Offense: **Adams Co. and Washington Co.** |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony: **Yes**   Class A Misdemeanor: **No**
Class B or C Misdemeanor: **No**
(Petty Offense)

| STATUTE <br> (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES <br> (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1366(a) | ONE and TWO | Destruction of an Energy Facility | 20 years imprisonment, not more than 3 years supervised release, not more than $250,000 fine, $100 special assessment. |
| 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) | FORFEITURE ALLEGATION | Criminal Forfeiture | For Listed Property |

Date:  August 8, 2023

Assistant U.S. Attorney:  HEATHER S. PATRICCO
ERIN C. BLACKADAR
Telephone No.:  (208) 334-1211

U.S. COURTS
AUG 0 8 2023
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO