# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| RANDY SCOTT VAIL | 1:23-cr-217-BLW |

**RECEIVED**
By U.S. Marshals Service at 1:51 pm, Aug 08, 2023

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RANDY SCOTT VAIL** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 1366 (a) DESTRUCTION OF AN ENERGY FACILITY
18 U.S.C. § 1366 (a) DESTRUCTION OF AN ENERGY FACILITY



United States Courts
District of Idaho
**ISSUED**
HaileyStevason
on Aug 08, 2023 1:25 pm

| | |
|---|---|
| <u>Hailey Stevason, Deputy Clerk</u> | <u>August 8, 2023</u> |
| Name and Title of Issuing Officer | Date |

**RETURN**

This warrant was received __8/8/2023__ and executed with the arrest of the above-name individual at __Washington County Jail, ID__.

_____

| | |
|---|---|
| *JSee* | 9/20/2023 |
| Signature of Arresting Officer | Date of Arrest |

Signing on behalf of Arresting FBI Agent
Name & Title of Arresting Officer