JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
HEATHER S. PATRICCO, DISTRICT OF COLUMBIA BAR NO. 465883
ERIN C. BLACKADAR, IDAHO STATE BAR NO. 8996
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY SCOTT VAIL,<br><br>Defendant. | Case No. 1:23-cr-00217-BLW<br><br>**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION** |

The United States, by and through undersigned counsel, respectfully submits this Memorandum in Support of its Motion for Pretrial Detention pursuant to The Bail Reform Act, Title 18, United States Code, Section 3142. As explained herein, the Government seeks the continued pretrial detention of Defendant Randy Scott Vail ("Vail") both as a risk of non-appearance and as a danger to the safety of others and the community.

I.   **PROCEDURAL BACKGROUND**

On August 8, 2023, a Boise grand jury returned an indictment charging Vail with two counts of Destruction of an Energy Facility, in violation of 18 U.S.C. § 1366(a). Vail appeared

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 1**

for his arraignment on September 22, 2023. The Government moved for detention. (ECF No. 5.) Based on the evidence adduced from its investigation to date, the Government proffers the following in support of its motion for pretrial detention.

## II.     FACTUAL BACKGROUND

On June 8, 2023, and continuing into June 9, 2023, Vail discharged firearms and shot at the Hells Canyon Dam hydroelectric power station and the Brownlee Dam hydroelectric power station causing power loss and substantial damage to both. The Hells Canyon Dam and the Brownlee Dam are located on the Snake River along the Idaho-Oregon border. The Dams were built and are operated by Idaho Power Company. The Dams produce, transmit, store, and distribute electricity to Washington, Idaho, and Oregon.

Specifically, on June 8, 2023, law enforcement was contacted after an individual observed a subject on a motorcycle with a guitar case strapped to his back shooting from the top of Hells Canyon Dam at the dam's power substations. Alarms were set off at the dam and the power to the surveillance video went dark. A review of Idaho Power surveillance footage from that day at approximately 10:52 p.m. shows a subject dressed in dark clothing and a bag on his back consistent with a guitar case arriving on the top of the Hells Canyon Dam via motorcycle. The subject parked the motorcycle and walked to the north side of the Dam in front of a chain link fence that overlooks the dam's power substations. The subject loaded the rifle with ammunition and pointed the rifle at the substations. Idaho Power records reveal power loss at Hells Canyon Dam two minutes later at approximately 10:54 p.m.

Shortly thereafter, Idaho Power employees en route to the dam to investigate the power loss passed a motorcycle leaving the area. While at the Hells Canyon Dam, Idaho Power employees located a box of British .303 caliber ammunition sitting on the north side of the Dam on a curb in front of a chain link fence that overlooks the dam's power substations. Surveillance

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 2**

video revealed that the box of ammunition was found in the same location where the subject was shooting at the power substations.



Approximately one hour later, on June 9, 2023, at 12:00 a.m., surveillance footage from the Brownlee Dam showed a subject on a motorcycle driving near Brownlee Dam. At approximately 12:06 a.m. surveillance footage from the Brownlee Dam showed a large plume of sparks in the switch yard of the power plant. Travel time between Hells Canyon Dam and Brownlee Dam is approximately one hour.

At approximately 12:43 a.m., a Washington County, Idaho Sheriff's Deputy observed a motorcycle on Highway 71 traveling south towards Cambridge, Idaho. This route is consistent with a person traveling away from Brownlee Dam. The deputy advised dispatch and other law enforcement in the area that he had not activated emergency lights and sirens and wanted to follow the motorcycle until getting closer to town. The deputy followed the motorcycle and advised that the motorcycle was traveling at speeds of approximately 80 miles per hour (MPH)

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 3**

in a 25 MPH zone.  The deputy initiated emergency lights and sirens, but the motorcycle failed to yield and increased speeds to over 105 MPH with the motorcycle still pulling away.  After approximately three miles, the motorcycle yielded to lights and sirens, and deputies instructed the individual to get on the ground, and he was taken into custody.  The individual was identified as Vail.  During a search and inventory of Vail and the motorcycle, law enforcement located bolt cutters, a guitar case housing two rifles, a black rifle with a purple sling chambered for .303 caliber ammunition, a Strum Ruger & Co. Mini-14 with a wood stock, three magazines with .223 caliber ammunition, .303 and .223 spent casings as well as live ammunition.  Vail also was carrying two yellow compressed air tanks with gasoline with the pressure gauge missing.



An Idaho Power Plant Regional Manager was interviewed regarding the damage to the equipment at the Hells Canyon and Brownlee Dams.  Initial estimates from Idaho Power revealed that costs associated with the damage was assessed to be at least $500,000.  In addition,

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 4**

the loss in power production at both facilities reduced capacity for Idaho Power, reducing power capacity in Idaho, Oregon, and Washington.

On June 9, 2023, Vail was charged by Washington County, Idaho (where Brownlee Dam is located on the border with Oregon) with two felony counts, Officer-Flee or Attempt to Elude a Police Officer in a Motor Vehicle and Destructive Devices or Bombs-Possess Design Which Propels Shrapnel.  Also on June 9, 2023, Adams County, Idaho (where Hells Canyon Dam is located on the border with Oregon) charged Vail with one felony count of Malicious Injury to Property.

On June 9, 2023, Meridian Police Department executed a search warrant at Vail's residence.  Law enforcement located a rifle magazine with 9 rounds of live .303 ammunition, 56 rounds of live .303 ammunition as well 160 rounds of live .223 ammunition, as well as a cellular telephone and computer identified as Vail's, among other items.  In addition, the Adams County Sheriff's office obtained a search warrant to search the cellular telephone and computer that were seized from Vail's residence.

 On June 27, 2023, a Magistrate Judge in Washington County, Third Judicial District issued an Order of Commitment for Vail based on Vail's lack of capacity to make informed decisions about treatment.  Vail's commitment was terminated on September 11, 2023, and the Judge found Vail's competency restored on September 18, 2023.[1]

On September 19, 2023, Washington County dismissed its charges against Vail.  Adams County followed suit and dismissed its charges against Vail on September 20, 2023.

**III.    ARGUMENT**

The Bail Reform Act provides that a judicial officer shall detain a defendant pending trial where "no conditions or combination of conditions will reasonably assure the appearance of the

---

[1] The findings of Vail's Psychological Evaluation are attached to this motion as Sealed Gov. Ex. 4.

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 5**

person as required and the safety of any other person and the community." 18 U.S.C. § 3142(e). Detention is appropriate where a defendant poses either a danger to the community or a risk of non-appearance and it is not necessary to prove both. *See United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985). The government must establish by clear and convincing evidence that the defendant presents a danger to the community and by a preponderance of the evidence that the defendant is a risk of non-appearance. *Id.*

In determining whether pretrial detention is appropriate, Section 3142 provides four factors for the Court to consider: (1) the nature and circumstances of the offense charged, including whether the offense charged is a crime of violence; (2) the weight of the evidence against the defendant; (3) the history and characteristics of the defendant; and (4) the nature and seriousness of the danger posed by the defendant's release. *United States v. Townsend*, 897 F.2d 989, 994 (9th Cir. 1990); 18 U.S.C. § 3142(g).

At the detention hearing, the Court may properly rely upon a proffer by counsel in determining a defendant's danger to the community or risk of flight. *See United States v. Winsor*, 785 F.2d 755, 756 (9th Cir. 1986) ("'[T]he government may proceed in a detention hearing by proffer or hearsay."); *see also United States v. Cabrera-Ortigoza*, 196 F.R.D. 571, 575-76 (S.D. Cal. 2000) ("The use of proffers and hearsay evidence are a necessary ingredient to the effective working of the Bail Reform Act, and prevention of a mini trial, or an early discovery expedition further facilitates those goals. Discovery is provided at the appropriate time and in the manner provided for in the Federal Rules and relevant statutes.").

### A. Nature and Circumstances of the Offense

There are three hydroelectric dams on the border of Idaho and Oregon that make up the Hells Canyon Complex owned and operated by Idaho Power. This includes Hells Canyon Dam, Brownlee Dam, and Oxbow Dam. Together these three dams account for approximately 70% of

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 6**

Idaho Power's hydro generation and approximately 30% of the total energy generated.[2] These hydroelectric dams are critical infrastructure that produce, transmit, store, and distribute electricity to Washington, Idaho and Oregon and are critical infrastructure. Electricity generated from these dams are used to power households, hospitals, schools, emergency services, as well as many other uses. On June 8 and 9, 2023, Vail traveled by motorcycle to the Hells Canyon Dam and the Brownlee Dam. Using two different firearms, Vail caused significant damage and disruption to the power substations at the Dams causing a reduced capacity of approximately 400 megawatts of power, which according to Idaho Power is roughly equivalent of the consumption of 1/3 of the entire state of Idaho. Estimates of damage to the power substations is approximately $500,000.

Specifically, Vail rode his motorcycle from his residence in Meridian, Idaho to the Hells Canyon Dam in Adams County, Idaho to shoot the power substations using firearms. These firearms and ammunition were strapped to his back in a guitar case, along with bolt cutters in a black bag attached to the motorcycle, which also housed two modified compressed air tanks filled with gasoline. He continued to the Brownlee Dam where he shot those power substations, then fled. Vail was encountered by law enforcement near the town of Cambridge, Idaho where he eluded law enforcement and engaged in a high-speed chase. Vail was eventually taken into custody after pulling over, causing officers to draw their weapons from a safe distance while instructing him to get on the ground.

In the days leading up to the attack by Vail on the power substations, Vail accessed videos on "bitchute.com" a website that operates a video hosting service. Based on initial review of Vail's cellular telephone – he accessed videos of a dam blowing up in Ukraine on the days

---

[2] https://www.idahopower.com/energy-environment/energy/energy-sources/hydroelectric/relicensing/relicensing-hcc/

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 7**

leading up to June 8 and 9, 2023.  In addition, on June 5, and 6, respectively, Vail purchased bolt cutters and the compressed air tanks he was carrying when arrested.

Vail's actions on June 8 and 9, 2023 and the days leading up to the attacks on the power substations support detention.  The nature and circumstances of the offenses are particularly egregious given that these dams produce power for hundreds of thousands of citizens over three states, as well as support other critical infrastructure.  Vail's attempt to elude law enforcement resulting in a high-speed chase and his planning in the days leading up to the attacks provide support that Vail is a danger to the community and safety of others and thus he would not abide by any conditions that the court may impose.  The nature and circumstances of the offense support Vail's detention pending trial.

B. **Weight of the Evidence**

The weight of the evidence against Vail is strong.  Vail is charged with two counts of Destruction of an Energy Facility in violation of 18 U.S.C. § 1366(a).  Evidence of Vail's guilt includes, among other things, witness statements, surveillance video from the Hells Canyon and Brownlee Dams, recovery of live ammunition from the scene of the Hells Canyon Dam, which was the same caliber as found in possession of Vail upon arrest, and at Vail's residence after a search by law enforcement.  Officers also recovered the firearms used by Vail to attack the power substations.  Vail's attempt to flee officers after the crimes were committed further demonstrates consciousness of guilt.

But most probative are Vail's own admissions to family members in post-arrest recorded jail calls.  On June 17, 2023, while talking with his daughter about what people would say about him at a family reunion, Vail stated:

> **"I DID WHAT I DID FOR A REASON."**

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 8**

His daughter immediately told Vail not to say anything over the phone.  In another jail call with his wife on July 7, 2023, a discussion ensued about the search of Vail's house by law enforcement.  When a discussion of seizure of ammunition is brought up, his wife stated that law enforcement did not know what they were looking for, to which Vail responded:

> **"THEY KNOW WHICH FIREARMS I USED … OR I MEAN I WAS CARRYING."**

On July 13, 2023, while speaking to his wife about not talking to others at the jail, Vail told his

> **"I HAVEN'T ADMITTED ANYTHING.**

wife:

Less than a minute later, Vail followed up with:

> **I HAVEN'T TOLD ANYONE WHAT I'VE DONE…."**

      Taking the physical evidence, witnesses, flight from officers, and his statements during jail calls into account, the weight of the evidence against Vail is strong and thus supports pre-trial detention.

      **C.**    **The Defendant's History and Characteristics Demonstrate the Danger and Risk of Non-Appearance He Poses**

      The Government acknowledges that Vail has ties to the community.  He grew up in the Boise-area and currently lives in Meridian with his wife.  He has family in the area, including his mother and daughter, and a son also living in Idaho.  As for employment, Department of Labor records reveal no income recorded for Vail since 2017.  That said, it appears that Vail is self-employed, installing flooring when hired by individuals.  Currently, it is unknown how often Vail has flooring jobs and it would appear from review of Department of Labor records that

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 9**

Vail's wife is the primary wage earner and Vail earns income sporadically. Vail does not have steady income from employment.

Despite Vail's family ties to the community, he demonstrates a danger to the community and risk of non-appearance because he would simply not comply with any conditions this Court may impose based on his actions during the early morning hours of June 9, 2023, as well as his strongly held anti-Government/anti-establishment ideology as expressed to close family members during jail calls while in custody in Washington County Jail.

On June 9, 2023, officers engaged in a high-speed chase of Vail near the town of Cambridge, Idaho. After officers initiated emergency lights and sirens, Vail did not stop and surrender, he did the opposite. He increased speeds to over 100 MPH while officers pursued him. Vail's actions demonstrate a clear danger to the community, as well as strong corroboration that Vail is a risk of non-appearance. Vail's willful attempt to elude law enforcement shows a complete lack of respect for the law.

Even more telling are Vail's jail calls to his closest family members while in custody in Washington County Jail. During many of these calls Vail is clearly agitated as he expresses his disdain for the Government, law enforcement and his belief that the Government lacks authority over him. These calls betray Vail's true character – a person who will not abide by the laws of our government, and by extension, this Court. Below is a short summary of calls Vail made to his wife and daughter:[3]

- <u>June 11, 2023</u> –  Vail discusses with his wife about hiring an attorney and he tells her **"I don't recognize their authority"** when referring to the lack of authority of law enforcement. Vail then tells his wife about a minute later that "they" referring to law enforcement are going to **"get fucked"** and **"I can just nail them, and they don't even fucking see it coming."** (Gov. Exs. 1-01, 1-02).

---

[3]  Clips from these jail calls are marked as Gov. Ex. 1 and have been submitted to the Court with the Government's Memorandum in Support of Pretrial Detention.

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 10**

- June 16, 2023 – Vail expresses his anger toward law enforcement to his wife and tells her that **"the Government is illegitimate."  (Gov. Ex. 1-03).**

- June 16, 2023 – Vail tells his wife that **"the Government is illegitimate"** and **"I'm at the end of my life and I'm going to stand up."  (Gov. Ex. 1-04).**

- June 17, 2023 – Vail tells his daughter that he **"is pissed off at the Government."** This was after he tells his daughter at the beginning of the call that **"I did what I did for a reason." (Gov. Exs. 1-05, 1-06).**

- June 20, 2023 – Vail tells his wife he may need a change of venue because he was a **"total douche to this Judge the first time."** He tells her that he isn't cooperating, and he isn't happy with the judges, sheriffs, and the Governor. He states, **"I don't recognize their authority, I think their fucking all crooks." (Gov. Ex. 1-07).**

- June 21, 2023 – Vail tells his wife he isn't complying and the "**Government is out of authority." "This is all a protest." "I want to make a statement." (Gov. Ex. 1-08).**

- June 28, 2023 – Vail tells his wife why the State contends he lacks the fitness to proceed – it is because **"I won't recognize their authority."  (Gov. Ex. 1-09).**

- July 2, 2023 – Vail discusses with his wife about retaining a private attorney and states that **"I don't want to deal with a public defender.  I don't trust them." "I don't trust the federal government." "They work for the federal government."  (Gov. Ex. 1-10).**

- July 2, 2023 – Vail talking with his wife remarks, **"See what kind of communist judge I get." "Just going to be silent." "I might sing Amazing Grace when I'm in court." "I don't believe in the Government right now." "I don't think they have authority."  (Gov. Ex. 1-11).**

- July 4, 2023 – Vail talks with his wife about his case proceeding in federal system and states that the **"Federal Government can cheat." "That's all the Federal Government does is cheat."  (Gov. Ex. 1-12).**

- July 6, 2023 – Vail tells his wife, **"I won't cooperate with the Government." "I don't believe in their authority."** He claims to his wife that he is a **"political prisoner."  (Gov. Ex. 1-13).**

- July 11, 2023 – Vail explains to his wife why he isn't cooperating with the Courts stating **"Courts are all about agreements…. if you don't participate in it, then … on the Constitution ... puts them in limbo…." (Gov. Ex. 1-14).**

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 11**

Vail would simply not comply with any conditions this Court would impose. While Vail stated in a jail call that he knows the calls are recorded, he mistakenly believes and tells his wife that his statements on jail calls cannot be used against him.[4] Vail's words betray his attitude and reveal an individual incapable of compliance with conditions – someone that poses both a danger to the community as well as a risk of nonappearance.

        **D.**        **The Defendant Poses a Significant Danger to the Community**

Vail poses a significant danger to the community. Vail used firearms to damage critical infrastructure that provides power to millions of people. He led officers on a high-speed chase through a small town in Idaho in the middle of the night. Forensic examination of his cell phone shows that he accessed videos of an individual discussing a dam blowing up in Ukraine, just days before he attacked Hells Canyon and Brownlee Dams. Moreover, Vail's anti-government/anti-establishment views paint an accurate picture of an individual that would be non-compliant with any release conditions. Vail's actions and words demonstrate the danger he poses.

Furthermore, some of the most predictive information of the danger Vail poses to the community if released are found in his jail calls that he made to his wife and daughter while in Washington County custody.[5] On June 16, 2023, Vail, in a call with his wife, is extremely agitated when discussing the Government and referred to himself as a martyr, telling his wife he is willing to martyr himself for God. Vail seemingly blames his wife at one point, stating "you should have taken care of me. I have nothing to live for." He followed up with "I fucking kept warning you." (Gov. Exs. 3-01, 3-02, 3-03).

---

[4] A clip from this jail call is marked as Gov. Ex. 2 and has been submitted to the Court with the Government's Memorandum in Support of Pretrial Detention.

[5] Clips from these jail calls are marked as Gov. Ex. 3 and have been submitted to the Court with the Government's Memorandum in Support of Pretrial Detention.

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 12**

On June 18, 2023, when talking to his daughter, Vail told her he is being a "douche" to the guards at the jail and followed up with, "you and your mom don't even fucking know what I can do." (Gov. Ex. 3-04). Similarly, that same day in a call with his wife, Vail stated, "you don't know who I am [states wife's name], you just see me as your husband you don't know who I really am and what kind of shit I can do." (Gov. Ex. 3-05).

On June 30, 2023, Vail told his wife that "the country is fucked up and we need a revolution or a civil war." (Gov. Ex. 3-06). On July 2, 2023, Vail told his wife, "I'm at war." "I'm at war with the fucking New World Order and the whole fucking world government and Satan."[6] (Gov. Ex. 3-07).

On July 9, 2023, Vail is discussing his incarceration with his wife and why he would not be let out, because he stated, "I might go kill the president or something." His wife responded by yelling at him and he stated, "I wouldn't do that, well I wouldn't do that, but they don't know that." (Gov. Ex. 3-08).

All these calls reveal the extreme danger Vail poses to the community should he be released from custody pre-trial. He is willing to resort to violence. In his own words – he considers himself a martyr, is willing to martyr himself for God, and even his close family members do not know what he is capable of. Vail considers himself at "war." Based on Vail's words and actions, he poses a significant danger to the community.

---

[6] According to the Southern Poverty Law Center, "[a]ntigovernment groups are part of the antidemocratic hard-right movement. They believe the federal government is tyrannical, and they traffic in conspiracy theories about an illegitimate government of leftist elites seeking "New World Order." In addition to these groups that generally espouse these ideas, the movement is comprised of sovereign citizens, militias, overt conspiracy propagandists and constitutional sheriff groups. In the past, this movement was referred to as the "Patriot" movement by adherents and critics." https://www.splcenter.org/fighting-hate/extremist-files/ideology/antigovernment-general

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 13**

### E. Only Pretrial Detention Will Reasonably Assure the Safety of Others and the Community and the Defendant's Future Appearance

Even the most stringent of conditions are insufficient to assure the safety of the community or the appearance of Vail given that ultimately, they must rely on the Vail's good faith compliance. *See United States v. Hir*, 517 F.3d 1081, 1092 (9th Cir. 2008) (Noting that although the defendant and pretrial services proposed "strict' conditions, "they contain[ed] one critical flaw. In order to be effective, they depend on [the defendant's] good faith compliance."); *see also Tortora*, 922 F.2d 880, 886 (1st Cir. 1990) (concluding that an extensive set of release conditions contained "an Achilles' heel . . . virtually all of them hinge[d] on the defendant's good faith compliance"). In *Tortora*, an alleged member of a prominent mafia family stood trial for crimes under the racketing and organized crime statute. The First Circuit considered the elaborate conditions proposed that would restrict any communications with the defendant's cohorts. Ultimately, the court rejected those conditions, recognizing that "the conditions as a whole are flawed in that their success depends largely on the defendant's good faith-or lack of it. They can be too easily circumvented or manipulated." *Tortora*, 922 F.2d at 887.

Here, Vail's statements to family members and actions on the night of June 8 and early morning hours of June 9 demonstrates there are no conditions that can reasonably assure the safety of others and his appearance in court.

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 14**

## IV. CONCLUSION

For the reasons stated herein, Vail is a danger to the community and poses a risk of non-appearance.  No condition or combination of conditions will reasonably assure the safety of others or his appearance at future proceedings.  Accordingly, the Government respectfully requests that the Court order Vail detained pending trial.

Dated this 4th day of October, 2023.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

*/s/ Heather S. Patricco*
HEATHER S. PATRICCO
Assistant United States Attorney

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION - 15**