UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY SCOTT VAIL,<br>Defendant. | Case No. 1:23-cr-00217-BLW-1<br><br>**ORDER STAYING MAGISTRATE JUDGE'S ORDER GRANTING PRETRIAL RELEASE** |

The matter comes before the Court on the Government's Motion for Revocation of the Magistrate Judge's Order Granting Pretrial Release (Dkt. 24). The Defendant, Randy Vail, was indicted for two counts of destruction of an energy facility. Dkt. 2.

This Motion was filed on October 11, 2023. The Magistrate Judge previously entered an order granting the Defendant's motion for pretrial release as well as a stay of the order granting pretrial release on October 6, 2023. The stay is set to expire today, October 12, 2023. The Defendant has not filed a response to the Government's motion.

The parties agree that the District Court has the authority to enter a stay. *See Motion for Reconsideration* at 6, Dkt. 23. So too does the Court. It is within the

**ORDER ISSUING STAY - 1**

authority of the District Court to enter a stay pending the resolution of the motion. *See United States v. Brigham*, 569 F.3d 220, 230 (5th Cir. 2009); *see also United States v. Zaghmot*, No. 00–1348, 2000 WL 1678396, *1 (10th Cir. Nov. 8, 2000) (unpublished opinion); United States v. Yu, No. 05–40095, 2008 WL 2435803 (D. Kan. June 12, 2008). 18 U.S.C. § 3145 requires only that the motion be decided "promptly." *See Brigham*, 569 F.3d at 230; *United States v. Gonzales*, 852 F.2d 1214, 1215 (9th Cir. 1988) (holding "Section 3145(b) does not define 'promptly' nor does it provide a sanction or remedy for failure to provide a timely review," but concluding thirty-six day delay between the hearing and decision was not prompt.).

Here, a stay is required given the seriousness of the offenses with which the Defendant has been charged as well as the need for additional time to review Government's motion, which was filed yesterday. The stay will also permit the Defendant to file a response and allow the Court to conduct a hearing on the motion.

IT IS HEREBY ORDERED that a hearing on the Government's motion for revocation of the release order be docketed in a separate entry.

IT IS FURTHER ORDERED that the release order entered on October 6, 2023, by United States Magistrate Judge Grasham for the District of Idaho, is

**ORDER ISSUING STAY - 2**

stayed pending the disposition of the Government's motion for revocation of the order.

IT IS FURTHER ORDERED that the Defendant remain in the custody of the Bureau of Prisons.

DATED: October 12, 2023

B. Lynn Winmill
U.S. District Court Judge

**ORDER ISSUING STAY - 3**