Nicole Owens
FEDERAL PUBLIC DEFENDER
Melissa Winberg
Assistant Federal Defender
Abigail Thiry
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
RANDY SCOTT VAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

HONORABLE B. LYNN WINMILL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR23-217-S-BLW |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION TO |
| | ) | MODIFY CONDITIONS OF |
| vs. | ) | RELEASE |
| | ) | |
| RANDY SCOTT VAIL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:   JOSHUA HURWIT, UNITED STATES ATTORNEY
      HEATHER PATRICCO, ASSISTANT UNITED STATES ATTORNEY
      HAILEY BAKER, UNITED STATES PROBATION OFFICER

RANDY SCOTT VAIL, by and through his attorney of record, Abigail Thiry, for the Federal Defender Services of Idaho, hereby requests a slight modification to the conditions of his release.

Mr. Vail was charged by indictment on August 8, 2023. Mr. Vail was ordered released on October 30, 2023. Dkt. 32. The pretrial release order requires Mr. Vail to participate in home detention. Specifically, ¶20(a) of the release order states:

> Home Detention – The defendant is restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearance; court-ordered obligations; or other activities approved in advance by the Pretrial Services office or supervising officer.

In this unopposed motion, Mr. Vail requests the Court modify ¶ 20(a) to state: "Curfew – The defendant is restricted to his/her residence every day or as directed by the Pretrial Services Officer or supervising officer."

Mr. Vail has been on home detention and location monitoring since his release on October 30, 2023. Mr. Vail requests a modification to the conditions of pretrial so that he can be out of his home for grocery shopping (he has a specific diet he follows to manage his diabetes) and to do errands related to household tasks (taking yard debris to the dump). All other conditions, including location monitoring, would stay the same.

Undersigned counsel has sought the position of counsel for the Government, Heather Patricco, and United States Probation Officer, Hailey Baker. Both have advised they do not oppose the granting of this motion.

Dated: February 5, 2024          NICOLE OWENS
                                 FEDERAL PUBLIC DEFENDER
                                 By:


                                 /s/ Abigail Thiry
                                 Abigail Thiry
                                 Assistant Federal Defender
                                 Federal Defender Services of Idaho
                                 Attorneys for Defendant
                                 RANDY SCOTT VAIL

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 5th day of February, 2024.

Heather Patricco, Assistant United States Attorney
Office of the United States Attorney    ____United States Mail
1290 West Myrtle Street, Suite 500    ____Hand Delivery
Boise, ID 83702          ____Facsimile Transmission
                   __X__CM/ECF Filing
                   ____Email Transmission

Heather.Patricco@usdoj.gov

Hailey Baker, U.S. Probation Officer   ____ Hand Delivery
United States Probation Department   ____ United States Mail
550 West Fort Street, Suite 458     ____ CM/ECF Filing
Boise, ID 83724         __X__ Email Transmission

Haily_Baker@idp.uscourts.gov

Dated: February 5, 2024   /s/ Lisa Shaw_____
            Lisa Shaw